Richard Mooney, Esq. (SBN 176486)
richard.mooney@rimonlaw.com
Rimon, P.C.
One Embarcadero Center #400
San Francisco, California 94111
Telephone: (415) 539-0443
Facsimile: (800) 930-7271

Attorneys for Plaintiff Kim Purkiss                                    JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kim Purkiss, | Case No. 14-CV-6328-JFW-MAN |
| Plaintiff, | Judgment |
| v. | |
| Irfan Amanat, | |
| Defendant. | |

It appearing for the reasons set out in the Court file in this matter, and in particular the Court's order granting Plaintiff's motion for entry of default judgment by the Court, that Plaintiff Kim Purkiss is entitled to judgment against Defendant Irfan Amanat,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Irfan Amanat shall pay Kim Purkiss the amount of $1,656,890.

Dated: November 5, 2014

_____
United States District Judge

1
*Purkiss v. Amanat* (Case No. 14-cv-6328-JFW-MAN
order Granting Motion for Entry of Default Judgment by the Court